UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-24020-CIV-MORENO
(Case No. 15-20590-CR-MORENO)

JEAN BAPTISTE JOSEPH,
  Movant,

vs.

UNITED STATES OF AMERICA,
  Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation for all Pretrial Proceedings. The Magistrate Judge filed a Report and Recommendation **(D.E. 36]** on **August 4, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion to Vacate, Set Aside, or Correct a Sentence **[D.E. #1]** is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th of November 2020.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

All counsel of record